UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY _____ D.C.

05 NOV -3 AM 9: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:99CR20259-01-Ml

LEQUITA MARIE BAKER
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Lequita Marie Baker, was represented by Dewun Settle, Esq.

It appears that the defendant, who was convicted on April 14, 2000 in the above styled cause and was placed on Supervised Release for a period of five (5) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Marshal's Office to be incarcerated for a term of eight (8) hours. The defendant may serve her sentence in two (2), four (4) hour periods if she desires. The eight (8) hour period must be served by 11/16/2005.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

Restitution and other monetary penalties stand as previously imposed.

The defendant shall report to custody at the U.S. Marshal's Office, Federal Building, 10th Floor, 167 North Main Street, Memphis, TN 38103.

Signed this the __2__ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: ███
Defendant's Date of Birth: ███
U.S. Marshal No.: ███
Defendant's Mailing Address: ███

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:99-CR-20259 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT